LUISA GALLO, Appellant, v. IMER L. CONRO and MILDRED B. CONRO, Respondents.— Plaintiff has appealed from a judgment in her favor directing the foreclosure and sale of the defendants' farm to satisfy a balance of $133.30 found by a jury to be due on a mortgage owned by her. The only question involved is one of payment. The jury answered that question in defendants' favor and the trial judge adopted the finding. The evidence sustains the verdict. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

NEW YORK POWER AND LIGHT CORPORATION, Appellant, v. WILLIAM H. CHRISTIAN, ETHEL C. CHRISTIAN and THE FEDERAL LAND BANK OF SPRINGFIELD, Respondents.— Appeal from a final order of the Supreme Court, entered in Schoharie county January 30, 1940, which order confirmed the award of commissioners in a proceeding to condemn certain lands of the defendants-respondents Christian. The order also denied the plaintiff's cross-motion to set aside the commissioners' reports, to discharge those commissioners and to appoint new commissioners. The principal question before the court on this appeal is whether or not the finding of the commissioners was fair and reasonable. The commissioners viewed the property on two occasions and heard the testimony of the numerous witnesses produced by appellant and respondents. The finding of the commissioners should not be disturbed. Appellant questions the allowance to the defendants of the sum of $147 as a disbursement for stenographer's minutes of the proceedings before the commissioners. It was improper to include this item as part of the defendants' costs and the order appealed from should be modified by eliminating this item of disbursements of $147 for stenographer's minutes, and as so modified should be affirmed. The final order of confirmation is modified by striking therefrom the allowance to the defendants in the sum of $147 as disbursements for stenographer's minutes, and as so modified, the order is affirmed, without costs. Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ., concur.

ELFREDA BULLARD, Respondent, v. GUY KILMER, Appellant.— Defendant appeals from a judgment in a negligence action. The evidence presents a question of fact. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.